ALBERT B. SAMBAT (CABN 236472)
CHRISTOPHER J. CARLBERG (CABN 269242)
MIKAL J. CONDON (CABN 229208)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 941092
Tel: 415.934.5300 /Fax: 415.934.5399
albert.sambat@usdoj.gov

CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
ERIC C. SCHMALE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
eric.schmale@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN HEE; and VDA OC, LLC, formerly ADVANTAGE ON CALL, LLC,<br><br>    Defendants. | Case No.: 2:21-cr-00098-RFB-BNW<br><br>**STIPULATION TO SET PRETRIAL DEADLINES** |

WHEREFORE, on January 14, 2022, the Court entered an order granting the parties' Stipulation to Continue Calendar Call, Trial Date and Pretrial Deadlines, continuing the trial in the captioned matter to July 11, 2022, setting a calendar call for July 5, 2022, and vacating all other pretrial deadlines.  (Dkt. 67.)

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between counsel for Defendants VDA OC, LLC and Ryan Hee; and counsel for the Department of Justice Antitrust Division, representing the United States of America, that the deadline for pretrial motions, be continued to the stipulated dates below.

| | |
|---|---|
| May 27, 2022: | Deadline for Exchange of Exhibit Lists, Witness Lists, and Expert Disclosures. |
| June 10, 2022: | Deadline for Proposed Jury Instructions, Proposed Voir Dire, Motions in Limine, and Government's Trial Brief. |
| June 27, 2022: | Responses to Motions in Limine. |

The parties also respectfully request that the Court set a Status Conference for May 12, 2022, or at a date convenient for the Court no later than 60 days before trial.

//
//
//
//
//
//
//
//
//

Dated: March 4, 2022

Respectfully submitted,

By: /s/  Mikal J. Condon
Albert B. Sambat
Christopher J. Carlberg
Mikal J. Condon
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 941092
Telephone: 415.934.5300
Facsimile: 415.934.5399
albert.sambat@usdoj.gov
christopher.carlberg@usdoj.gov
mikal.condon@usdoj.gov

By: /s/  Carole S. Rendon
Carole S. Rendon (*pro hac vice*)
Mary Pat Brogan (*pro hac vice*)
Sean Sandoloski (*pro hac vice*)
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
crendon@bakerlaw.com
mbrogan@bakerlaw.com
ssandoloski@bakerlaw.com

Kathleen Bliss
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, NV 89012
Office: 702.463.9074
kb@kathleenblisslaw.com
*Attorneys for Defendant VDA OC, LLC*

By: /s/  Sunethra Muralidhara
Richard A. Wright
Sunethra Muralidhara
WRIGHT MARSH & LEVY
300 South 4th Street, Suite 701
Las Vegas, NV 89101
Telephone: 702-382-4004
Facsimile: 702-382-4800
rick@wmllawlv.com
smuralidhara@wmllawlv.com

*Attorneys for Defendant Ryan Hee*

**IT IS SO ORDERED.**

_____
HON. RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

  March 29, 2022  
DATE

2