KATHLEEN BLISS, ESQ. (NV-7606)
Kathleen Bliss Law PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, NV 89012
Office: 702.463.9074
kb@kathleenblisslaw.com
*Attorney for Defendant VDA OC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN HEE AND VDA OC, LLC,<br>FORMERLY ADVANTAGE ON CALL, LLC,<br><br>Defendants. | No. 2:21-cr-00098-RFB-BNW<br><br>**DEFENDANT VDA OC'S WAIVER OF APPEARANCE FOR VIDEO STATUS CONFERENCE HEARING (ECF 81)** |

Defendant VDA OC, LLC, by and through its attorneys of record, hereby submits this Waiver of Appearance for Video Status Conference Hearing set for May 12, 2022 at 10:00 a.m. ECF 81, 82.  The Court ordered that counsel may waive their client's presence at the time of the hearing. ECF 82. Further, the Court ordered that defense counsel shall provide all necessary documents to the defendant in advance of the hearing, including the waiver of in person appearance form, which proscribes a defendant's waiver to appear in person and agreement to appear by videoconferencing.  *Id.*  Because VDA OC is requesting to waive its corporate representative's presence in total to attend this Status Conference Hearing, it hereby submits this Waiver for the Court's consideration.

VDA OC and its corporate representative understand that it has the right to appear in person or by videoconferencing for this hearing.  VDA OC and its corporate representative have been advised of the nature of this proceeding and its right to appear in this proceeding.  VDA

OC and its corporate representative consulted with its attorneys prior to deciding to waive its right to appear.  VDA OC, through counsel, knowingly and voluntarily waives its presence in total for this hearing and requests this Court grant this request and waive its appearance in total.

Dated: May 6, 2022

Respectfully submitted,

By: /s/ *Carole S. Rendon*
Carole S. Rendon (*pro hac vice*)
Mary Pat Brogan (*pro hac vice*)

BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
crendon@bakerlaw.com
mbrogan@bakerlaw.com

Kathleen Bliss
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy.,
Suite 202
Henderson, NV 89012
Office: 702.463.9074
kb@kathleenblisslaw.com
*Attorneys for Defendant VDA OC, LLC*

**ORDER**

IT IS SO ORDERED.

**RICHARD F. BOULWARE, II**
United States District Judge

**DATED**:  May 9     , 2022