Richard A. Wright, Esq.
Nevada Bar No. 886
Sunethra Muralidhara
Nevada Bar No. 13549
Wright Marsh & Levy
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
smuralidhara@wmllawlv.com

Attorneys for Ryan Hee

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Ryan Hee; and VDA OC, LLC,<br>Formerly Advantage On Call, LLC,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00098-RFB-BNW<br><br>Stipulation to Continue Evidentiary Hearing<br><br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED by and between Richard A. Wright and Sunethra Muralidhara, of Wright Marsh & Levy, counsel for Defendant Ryan Hee; Kathleen Bliss, Carole S. Rendon (Admitted *Pro Hac Vice*), and Mary Pat Brogan (Admitted *Pro Hac Vice*), counsel for Defendant VDA OC, LLC; and attorneys for the Department of Justice Antitrust Division, representing the United States of America, that the Evidentiary Hearing currently set for June 29, 2022 be continued for 30 days. The parties make this request for the following reasons:

1. On March 30, 2021, the government filed an Indictment (ECF 1) against Mr. Hee and VDA OC, LLC charging both defendants with one count of Conspiracy in Restraint of Trade in violation of 15 U.S.C. § 1.

2. On September 3, 2021, Defendant Hee filed a motion to dismiss or in the alternative to suppress, and Defendant VDA OC joined the motion. ECF 38, 40. This motion is fully briefed. ECF 44, 48, 50. The Court then set an evidentiary hearing on this matter for June 29, 2022. ECF 90.

3. The parties are currently in the process of negotiating this case and have reached a preliminary resolution as to both defendants that now needs to be confirmed in writing. The parties request additional time to prepare the necessary documents to finalize any agreements and review with each respective defendant.

4. Thus, the parties now request that the currently set evidentiary hearing be continued for no less than 30 days. Should the parties reach a signed written agreement for each defendant, the parties will notify the court and request that the evidentiary hearing be vacated, submit any signed agreements to the Court, and request appropriate hearing dates.

///

2

5. This is the first request to continue the evidentiary hearing. This request is not made for purposes of delay. The defendants are currently not detained and agree to this continuance.

Dated: June 24, 2022

Respectfully submitted,

By: /s/ *Albert B. Sambat*
Albert B. Sambat
Christopher J. Carlberg
Mikal J. Condon
Paradi Javandel
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 941092
Telephone: 415.934.5300
Facsimile: 415.934.5399
albert.sambat@usdoj.gov
christopher.carlberg@usdoj.gov
mikal.condon@usdoj.gov
paradi.javandel@usdoj.gov

By: /s/ *Carole S. Rendon*
Carole S. Rendon (*pro hac vice*)
Jeffrey D. Martino (*pro hac vice*)
Mary Pat Brogan (*pro hac vice*)
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
crendon@bakerlaw.com
jmartino@bakerlaw.com
mbrogan@bakerlaw.com

Kathleen Bliss
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy.,
Suite 202
Henderson, NV 89012
Office: 702.463.9074
kb@kathleenblisslaw.com
*Attorneys for Defendant VDA OC, LLC*

By: /s/ *Richard A. Wright*
Richard A. Wright
Sunethra Muralidhara
WRIGHT MARSH & LEVY
300 South 4th Street
Suite 701
Las Vegas, NV 89101
Telephone: 702-382-4004
Facsimile: 702-382-4800
rick@wmllawlv.com
smuralidhara@wmllawlv.com
*Attorneys for Defendant Ryan Hee*

3

United States District Court
District of Nevada

| | |
|---|---|
| United States of America, | Case No. 2:21-cr-00098-RFB-BNW |
| Plaintiff, | |
| v. | [Proposed] Order |
| Ryan Hee; and VDA OC, LLC, Formerly Advantage On Call, LLC, | |
| Defendant. | |

Based on the pending Stipulation and Agreement, and good cause appearing, the Evidentiary Hearing currently set for June 29, 2022 is hereby continued. The ends of justice are served by granting said continuance. The Court hereby ORDERS that the Evidentiary Hearing shall occur on  August 10, 2022 at 10:00 AM . Any party to this matter may contact the Court requesting to vacate said hearing should the parties resolve this matter and request other appropriate hearing dates.

**IT IS SO ORDERED:**

_____
Hon. Richard F. Boulware, II
United States District Judge

June 24, 2022
Date

4